UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN LOPEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WARREN L. MONTGOMERY, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-01333-MEJ<br><br>**ORDER TO SHOW CAUSE** |

Petitioner, who is in custody, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court has reviewed the petition and concludes that it warrants a response.[1] Accordingly, IT IS HEREBY ORDERED as follows:

(1) The Clerk of Court shall serve a copy of the Petition and this Order upon Respondent(s) and the Attorney General of the State of California. *See* 28 U.S.C. § 2254, Rule 4.

(2) Respondent(s) shall then file and serve an answer in accordance with 28 U.S.C. § 2254, Rule 5 and Habeas Corpus Local Rule 2254-6. Respondent(s) shall file with the answer and serve on Petitioner a copy of all portions of the underlying state criminal record that were previously transcribed and are relevant to the issues presented by the petition.

(3) Petitioner may serve and file a traverse responding to matters raised in the answer in accordance with 28 U.S.C. § 2254, Rule 5 and Habeas Corpus Local Rule 2254-6.

(4) Respondent(s) may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If such a motion is filed, Petitioner shall file with the Court and serve on

---

[1] While not alleged in the Petition, Petitioner was convicted in Alameda County Superior Court. *See People v. Lopez*, 2015 WL 4575896, at *1 (Cal. Ct. App. July 30, 2015). The Court takes judicial notice of this opinion. *See Lee v. City of Los Angeles*, 250 F.3d 668, 690 (9th Cir. 2001).

Respondent(s) an opposition or statement of non-opposition within 28 days of the date the motion is filed, and Respondent(s) shall file with the Court and serve on Petitioner a reply within 14 days of the date any opposition is filed.

The Clerk shall serve by mail a copy of this Order and the Petition upon the Respondent and the Respondent's attorney, the Attorney General of the State of California.

**IT IS SO ORDERED.**

Dated: March 6, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge